IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.  1:13CR00036 |
| ) | |
|   Plaintiff, ) | |
| ) | |
|   v. ) | Senior Judge Christopher A. Boyko |
| ) | |
| RAYMEL M. HARRIS, ) | |
| ) | |
|   Defendant. ) | <u>ORDER</u> |
| ) | |

      This matter was before the Court on August 18, 2021, for hearing on the Government's request for revocation of Defendant Raymel M. Harris' supervised release. The Defendant was present and represented by counsel.

      A Supervised Release Violation hearing was held by Magistrate Judge Thomas M. Parker on July 14, 2021, at which time the Defendant admitted to the following violations: 1) Illicit Substance Abuse; 2) Failure to Comply with Substance Abuse Treatment; 3) Failure to Comply with Standard Conditions of Supervision; 4) New Law Violation; 5) New Law Violation; and 6) New Law Violation. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation.

      The Court finds Defendant in violation of Violation Nos. 1, 2, 3, 5 and 6 and revokes supervised release. Violation No. 4 dismissed by the government. The Defendant sentenced to custody of the Bureau of Prisons for 24 months, which shall run concurrently to sentence in Cuyahoga County Case No. CR-19-637983. No supervision to follow.

    The Defendant is remanded to custody.

    IT IS SO ORDERED.

DATED: August 18, 2021              <u>s/ Christopher A. Boyko</u>
                                           CHRISTOPHER A. BOYKO
                                           SENIOR UNITED STATES DISTRICT JUDGE